```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  RUSSELL L. CARLBERG
    Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2748
```



```
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA

11  UNITED STATES OF AMERICA,    )  CR. NO. S-11-511 JAM
                                 )
12               Plaintiff,      )  Application For Order Unsealing
                                 )  Indictment; [Proposed] Order
13        v.                     )
                                 )
14  WILEY C. CHANDLER,           )
    ANDREW B. KATAKIS,           )
15  DONALD M. PARKER,            )
    ANTHONY B. JOACHIM, and      )
16  W. THEODORE LONGLEY,         )
                                 )
17               Defendants.     )
                                 )
18  _____ )
```

TO THE HONORABLE KENDALL J. NEWMAN, UNITED STATES MAGISTRATE JUDGE:

COMES NOW Russell L. Carlberg, Assistant United States Attorney for the Eastern District of California, to petition this Court and respectfully represent:

1. On December 7, 2011, the Honorable United States Magistrate Judge Kendall J. Newman issued an order sealing the Indictment in the above-referenced case. That order stated that the indictment should be unsealed upon arrest of the first defendant.

**Cr. No. S-11-511 JAM**
**Application to Unseal Indictment**

2. The government brings this motion to unseal the indictment now because at least one of the defendants has been arrested. The interests of justice are served by unsealing the indictment so that the defendants and pretrial services may receive a copy of it in advance of their initial appearances. Accordingly, the government respectfully requests that the indictment in this case be unsealed.

THEREFORE, your petitioner prays that the aforesaid indictment be unsealed and made part of the public record.

Dated: December 13, 2011      Respectfully submitted,

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

by: /s/ RUSSELL L. CARLBERG
RUSSELL L. CARLBERG
Assistant U.S. Attorney

[~~PROPOSED~~] ORDER

THE COURT HEREBY ORDERS that the Indictment in Criminal Case No. S-11-511 JAM be unsealed and made part of the public record.

DATED: Dec 13, 2011

HON. KENDALL J. NEWMAN
United States Magistrate Judge

Cr. No. S-11-511 JAM
Application to Unseal Indictment