Jeffrey L. Bornstein (State Bar No. 99358)
Claudia A. Quiroz (State Bar No. 254419)
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: 415.882.8200
Facsimile: 415.882.8220

Attorneys for Defendant
WILEY C. CHANDLER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-CR-0492 EJG |
| Plaintiff, | 2:11-CR-0511 EJG |
| v. | **STIPULATION AND ORDER EXTENDING DEADLINE TO POST SECURED BOND** |
| WILEY C. CHANDLER, | |
| Defendant. | |

On December 13, 2011, Defendant Wiley C. Chandler was released on an Unsecured

Appearance Bond in the amount of $250,000.00. [Notice and Order of Release, Dkt. Nos. 19, 23.]

The Court ordered that the unsecured bond must be replaced by a secured bond, secured by Mr.

Chandler's Oregon property, by December 27, 2011.

In connection with the requirement to post a secured bond and pursuant to the government's

request, Mr. Chandler obtained and provided to the government a title search from a title company

and an appraisal of his property. Given the holiday season, however, Mr. Chandler was not able to

provide this documentation to the government before December 27, 2011. Therefore, the parties

stipulated to extend the deadline for Mr. Chandler to replace the Unsecured Appearance Bond in the

amount of $250,000.00 with a secured bond, secured by his Oregon property, until Tuesday, January

3, 2012. The Court approved the parties' stipulation on December 27. [Dkt. No. 43.]

Since that time, Mr. Chandler, through counsel, has prepared the trust deed naming the Clerk

as beneficiary of the Oregon property, pursuant to Local Rule 151(i). The trust deed has been sent to Mr. and Mrs. Chandler for their signatures. Once the trust deed is signed, Mr. Chandler will send the original trust deed to the Recorder's Office for the County of Tillamook, Oregon for recording. According to the Recorder's Office, it will take approximately two business days to produce a certified copy of the recorded deed. Given the time it will take to mail the trust deed to the Recorder's Office and receive it back again after a certified copy is produced, it will take at least another week to obtain a certified copy of the trust deed from the Recorder's Office.

Accordingly, the parties hereby stipulate to extend the deadline for Mr. Chandler to replace the Unsecured Appearance Bond in the amount of $250,000.00 with a secured bond, secured by his Oregon property, until Friday, January 13, 2012. The parties are seeking an extension through January 13, 2012 to ensure that there will be enough time to receive the certified trust deed back from the Recorder's Office and deposit it with the Clerk, pursuant to Local Rule 151(i).

IT IS SO STIPULATED.


K&L GATES LLP


Dated: January 3, 2012        By:    _/s/ Jeffrey L. Bornstein_____
                                     Jeffrey L. Bornstein
                                     Claudia A. Quiroz
                                     Attorneys for Defendant Wiley C. Chandler


UNITED STATES ATTORNEY'S OFFICE


Dated: January 3, 2012        By:    _/s/ Russell L. Carlberg_____
                                     (as authorized on January 3, 2012)
                                     Russell L. Carlberg
                                     Assistant United States Attorney

**IT IS SO ORDERED.**

**Date: 1/4/2012**

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE