THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022
Attorney for Defendant Anthony Joachim

**FILED**

JAN 3 0 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>ANTHONY JOACHIM, et al.,<br><br>          Defendant. | Case No.: 2:11-cr-00511-EJG<br><br>DEFENDANT ANTHONY JOACHIM'S<br>WAIVER OF PERSONAL<br>APPEARANCE<br><br>*& Order Thereon* |

The undersigned defendant, Anthony Joachim, hereby waives the right to be present in person in open court upon certain proceedings in this cause, including when a continuance is ordered, and when any other action is taken by the court before trial, except any time that there is a motion hearing, when the case is set for trial, the date of the trial confirmation hearing, any time the court specifically requests his presence, upon impanelment of jury, and trial itself. Said waiver of appearance is due to Mr. Joachim's complications from his surgery that he underwent on or about December 1, 2011. Mr. Joachim is at home and travel is extremely painful and difficult.

The undersigned defendant hereby requests the court to proceed during his absence, which the court may permit pursuant to this waiver, and hereby agrees that his interests will be deemed represented at all times by the presence of his attorney the same as if the defendant herself were personally present in court, and further agrees to be present in person in court upon the hearing of any motion, when the case is set for trial,

1 the date of the trial confirmation hearing, when the jury is impaneled and the trial is
2 under way, or at any time it is ordered by the court.
3       The defendant further acknowledges that he has been informed of his rights under
4 Title 18 U.S.C. §§ 3161-3174 (The Speedy Trial Act) and authorizes his attorney to set
5 times and delays under that Act without his personal presence.

10 Dated: January 27, 2012        /s/ Anthony Joachim
11        ANTHONY JOACHIM

13 I agree with and consent to Mr. Joachim's waiver of appearance.

16 Dated: January 27, 2012        /s/ Thomas A. Johnson
17        THOMAS A. JOHNSON
       Attorney for Defendant
18        ANTHONY JOACHIM

20
21 IT IS SO ORDERED:

23 Dated: 1/30/12        _____
       EDWARD J. GARCIA
24        UNITED STATES DISTRICT JUDGE