LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
1050 Fulton Avenue, Suite 218
Sacramento, California 95825
Telephone: (916) 482-4545
Facsimile: (916) 482-4550
Email: tedmonlaw@comcast.net

Attorney for Defendant
DONALD M. PARKER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WILEY C. CHANDLER, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | No. Cr. S-11-511 EJG <br><br> WAIVER OF DEFENDANT <br> DONALD M. PARKER'S <br> PERSONAL PRESENCE |

Defendant, Donald M. Parker, hereby waives the right to be in person in open court upon the hearing of any motion to continue the case and when any other action is taken by the Court before or after trial, except upon arraignment, motion hearings, evidentiary hearings, trial confirmation hearing, plea, jury trial, and imposition of sentence. Defendant Parker hereby requests the Court to proceed during every absence of the defendant which the Court may permit pursuant to this waiver; agrees that defendant's interest will be deemed represented at all times by the presence of defendant's attorney, the same as if defendant were personally present; and further agrees to be present in person in court ready for trial any day and hour the Court may fix in defendant's absence.

Defendant Parker further acknowledges that defendant has been informed of defendant's rights under Title 18 U.S.C. Section 3161-3174 (Speedy Trial Act), and authorizes defendant's attorney to set times and delays under that Act without defendant being present.

- 1 -

DATED: January 27, 2012	I consent to the above waiver of presence.

 /s/ Donald M. Parker
DONALD M. PARKER
Defendant

DATED: January 27, 2012	I agree to the above waiver of presence.

 /s/ Scott L. Tedmon
SCOTT L. TEDMON
Attorney for Defendant Donald M. Parker

DATED: February 6, 2012	I approve the above waiver of presence.

/s/ Edward J. Garcia

EDWARD J. GARCIA
United States District Judge