```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  RUSSELL L. CARLBERG
    Assistant U.S. Attorney
 3  501 "I" Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2700

 5  ANNA TRYON PLETCHER
    TAI S. MILDER
 6  Trial Attorneys
    U.S. Department of Justice
 7  Antitrust Division
    450 Golden Gate Avenue, Room 10-0101
 8  San Francisco, CA 94102
    Telephone: (415) 436-6660
 9
10
11               IN THE UNITED STATES DISTRICT COURT
12              FOR THE EASTERN DISTRICT OF CALIFORNIA
13
14
    UNITED STATES OF AMERICA,      )   2:11-CR-511 EJG
15                                 )
                 Plaintiff,        )   STIPULATION AND ORDER
16                                 )   CONTINUING STATUS CONFERENCE
         v.                        )
17                                 )   Date:  2/24/12
    WILEY C. CHANDLER,             )   Time:  10:00 a.m.
18  ANDREW B. KATAKIS,             )   Judge: Hon. Edward J. Garcia
    DONALD M. PARKER               )
19  ANTHONY B. JOAQUIM  and        )   *AS MODIFIED - time changed,*
    W. THEODORE LONGLEY,           )   *pg.3*
20                                 )
                 Defendants.       )
21  _____)
22
23       IT IS HEREBY stipulated between the United States of America
24  through its undersigned counsel, Russell L. Carlberg, Assistant
25  United States Attorney, together with counsel for defendant Wiley C.
26  Chandler, Jeffrey L. Bornstein, Esq., that Mr. Chandler's change of
27  plea hearing presently set for February 10, 2012, be **continued to**
28
                                  1
```

**February 24, 2012 at 10:00 a.m.** The reason for the continuance is that Mr. Chandler is not feeling well and would appreciate additional time before leaving to travel to Sacramento to appear in court.

At a status hearing on January 27, 2012, the Court ordered time excluded from the Speedy Trial Act until April 27, 2012 for all defendants in this case, including Mr. Chandler, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii)(Local Code T-2) and 18 U.S.C. § 3161(h)(7)(B)(iv)(Local T-4). This was based on the complexity of the case, including thousands of pages of discovery, the fact there are five codefendants, and the complex nature of the legal and factual issues in the case based on the antitrust and fraud allegations in the Indictment against all the defendants.

IT IS SO STIPULATED.

DATE: February 8, 2012 /s/
JEFFREY L. BORNSTEIN*
Attorney for WILEY C. CHANDLER

DATE: February , 2012 BENJAMIN B. WAGNER
United States Attorney

By: /s/
RUSSELL L. CARLBERG*
Assistant U.S. Attorney

DATE: February 8, 2012 /s/
ANNA T. PLETCHER
TAI S. MILDER
Trial Attorneys
Antitrust Division
United States Department of Justice

*Signed with permission.

**O R D E R**

GOOD CAUSE APPEARING, it is hereby ordered that the February 10, 2012 change of plea hearing be continued to February 24, 2012 at ***9:00 AM.***

IT IS SO ORDERED.

Dated: 2/9/12                    /s/ Edward J. Garcia
                                 HON. EDWARD J. GARCIA
                                 United States District Judge