LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
1050 Fulton Avenue, Suite 218
Sacramento, California 95825
Telephone: (916) 482-4545
Facsimile:  (916) 482-4550
Email: tedmonlaw@comcast.net

Attorney for Defendant
DONALD PARKER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>DONALD PARKER, et al.,<br><br>    Defendants. | Case No.: Cr. S-11-0511 EJG<br><br>STIPULATION AND<br>ORDER RE: DEFENDANT DONALD<br>PARKER'S AMENDED SPECIAL<br>CONDITIONS OF RELEASE,<br>SPECIAL CONDITION # 12 |

  Plaintiff United States of America, through Assistant United States Attorney Anna T. Pletcher, and defendant Donald Parker, through his counsel Scott L. Tedmon, hereby stipulate that as to defendant Donald Parker's special conditions of release, Special Condition 12 be amended to remove A. Vernon Helwig from the list of individuals that defendant Parker cannot contact. Defendant Donald Parker's current special conditions of release is attached hereto. U.S. Pretrial Services Officer Darryl Walker concurs in this request. Upon receipt of this Court's order, Mr. Walker will remove A. Vernon Helwig from Donald Parker's list of individuals that Parker cannot contact. After making such amendment, Mr. Walker will furnish the amended list to defendant Donald Parker, defense counsel, and counsel for the government.

- 1 -

**IT IS SO STIPULATED.**

DATED: April 26, 2012        BENJAMIN B. WAGNER
                             United States Attorney

                              /s/ Anna T. Pletcher
                             ANNA T. PLETCHER
                             Assistant U.S. Attorney


DATED: April 26, 2012        LAW OFFICES OF SCOTT L. TEDMON

                              /s/ Scott L. Tedmon
                             SCOTT L. TEDMON
                             Attorney for Defendant Donald Parker

### ORDER

GOOD CAUSE APPEARING and based upon the above stipulation, IT IS HEREBY ORDERED as to defendant Donald Parker's special conditions of release, Special Condition 12 is amended to remove A. Vernon Helwig from the list of individuals defendant Parker cannot contact.

IT IS FURTHER ORDERED Pretrial Services provide the amended list of individuals defendant Donald Parker cannot contact to defendant Parker, counsel for defendant Parker, and counsel for the government.

IT IS FURTHER ORDERED the amended list of individuals defendant Donald Parker cannot contact supersedes any and all special conditions of release, Special Condition 12, previously ordered by the Court.

**IT IS SO ORDERED.**

DATED: April 27, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE