1  BENJAMIN B. WAGNER
   United States Attorney
2  RUSSELL L. CARLBERG
   Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700

5  ANNA TRYON PLETCHER
   TAI S. MILDER
6  Trial Attorneys
7  U.S. Department of Justice
   Antitrust Division
8  450 Golden Gate Avenue, Room 10-0101
   San Francisco, CA 94102
9  Telephone: (415) 436-6660

FILED

SEP 1 2 ~~2011~~ 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11-CR-511 EJG |
| Plaintiff, | STIPULATION AND ~~[PROPOSED]~~ ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| WILEY C. CHANDLER, | |
| Defendant. | |

C1EJ6

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

This case was charged on December 7, 2011. Defendant Wiley C. Chandler pleaded guilty on February 28, 2012. Four defendants, Andrew B. Katakis, Donald M. Parker, Anthony B. Joachim, and W. Theodore Longley, remain in the case. These four defendants are on the Court's calendar for a status conference on October 26, 2012. Mr. Chandler is currently on the Court's calendar for a status

1

conference on September 14, 2012.

Mr. Chandler, however, may be called as a witness and the government will not be able to fully determine its sentencing recommendation for Mr. Chandler until after a trial in this case. Therefore, per agreement with defense counsel, it is respectfully requested that the status conference for Mr. Chandler that is currently set for September 14, 2012 be continued to November 9, 2012 at 10:00 a.m. The United States Probation Office is in accord with this approach. It is anticipated that at that time, the parties will be in a better position to request a judgment and sentencing date and disclosure schedule for the presentence report.

Dated: September 11, 2012         Respectfully Submitted,

                                  Benjamin B. Wagner
                                  United States Attorney

                            By:   s/Russell Carlberg*
                                  RUSSELL L. CARLBERG
                                  Assistant U.S. Attorney


                                  Joseph F. Wayland
                                  Acting Assistant Attorney
                                  General

                            By:   s/Anna Pletcher
                                  ANNA TRYON PLETCHER
                                  TAI S. MILDER
                                  Trial Attorneys
                                  U.S. Department of Justice
                                  Antitrust Division


                            By:   s/Jeffrey Bornstein*
                                  JEFFREY L. BORNSTEIN*
*Signed with permission            Counsel for Defendant

[~~PROPOSED~~] ORDER

For the reasons stated above, the Court continues the status conference regarding judgment and sentencing for defendant Wiley C. Chandler to November 9, 2012 at 10:00 a.m.

IT IS SO FOUND AND ORDERED this **12th** day of September, 2012.

*[signature]*
EDWARD J. GARCIA
UNITED STATES SENIOR DISTRICT JUDGE