```
                                              FILED
                                           APR 1 1 2013
                                       CLERK, U.S. DISTRICT COURT
                                       EASTERN DISTRICT OF CALIFORNIA
                                       BY _____
                                              DEPUTY CLERK
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>W. THEODORE LONGLEY,<br><br>Defendant. | Case No. 2:11-CR-00511-EJG-DAD<br><br>*DAD*<br>[PROPOSED] ORDER REQUIRING THE PRESERVATION OF NOTES BY MEMBERS OF THE PROSECUTION TEAM<br><br>Judge: Hon. Dale A. Drozd |

Defendant Theodore Longley has moved this Court for an Order requiring certain members of the government to preserve notes and related documents that were taken or made part of any witness interview in connection with the above-captioned criminal matter.

Having considered the Defendant's Motion and the United States' Statement of Non-Opposition, it is HEREBY ORDERED THAT:

1. Agents or employees of federal agencies who have participated or are participating in the investigation and prosecution of the above-captioned matter shall preserve all rough notes and other documents that were

1.

|    |                                                                          |
|----|--------------------------------------------------------------------------|
| 1  | taken in connection with, or which memorialize the                       |
| 2  | substance of, any witness interview that was conducted by                |
| 3  | such agents or employees during the underlying                           |
| 4  | investigation of this matter; and                                        |
| 5  | 2. For purposes of this Order, the federal agencies that are             |
| 6  | participating in this prosecution include, and are                       |
| 7  | limited to: the United States Attorney's Office for the                  |
| 8  | Eastern District of California; the United States                        |
| 9  | Department of Justice, Antitrust Division; and the                       |
| 10 | Federal Bureau of Investigation.                                         |
| 11 |                                                                          |
| 12 | SO ORDERED this  1st  day of November, 2012.                             |

*Dale A. Drozd*

Honorable Dale A. Drozd
United States Magistrate Judge
Eastern District of California