ANNA TRYON PLETCHER (Cal. Bar No. 239730)
TAI S. MILDER (Cal. Bar No. 267070 )
MAY LEE HEYE (Cal. Bar No. 209366)
KELSEY C. LINNETT (Cal. Bar No. 274547)
Trial Attorneys
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue, Room 10-0101
San Francisco, California  94102-3478
Telephone: (415) 436-6660

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:11-CR-511 WBS |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER SETTING STATUS CONFERENCE |
| v. | ) | |
| | ) | |
| ANDREW B. KATAKIS, | ) | |
| DONALD M. PARKER, | ) | |
| ANTHONY B. JOACHIM, and | ) | |
| W. THEODORE LONGLEY, | ) | |
| | ) | |
| Defendants. | ) | |
|_____|)| |

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their counsel of record, hereby stipulate as follows:

1.  This case was charged on December 7, 2011.  A Superseding Indictment issued on May 8, 2013, adding an additional charge against defendant Katakis.

2.  By previous order of the Court, on January 17, 2013, this matter was set for trial on November 5, 2013.  The Trial Confirmation Hearing date is October 15, 2013.

1

3.  The parties request a status conference on June 3, 2013 for the purpose of setting a briefing schedule.

IT IS SO STIPULATED.

DATED: May 24, 2013      By:

/S/ _____
ANNA TRYON PLETCHER
TAI S. MILDER
MAY LEE HEYE
KELSEY C. LINNETT
Trial Attorneys
Antitrust Division
United States Department of Justice


/S/ _____
PAUL J. PFINGST*
Attorney for ANDREW B. KATAKIS


/S/ _____
SCOTT L. TEDMON*
Attorney for DONALD M. PARKER


/S/ _____
THOMAS A. JOHNSON*
Attorney for ANTHONY B. JOACHIM


/S/ _____
MATTHEW C. BOCKMON*
Attorney for W. THEODORE LONGLEY

*Signed with permission

**ORDER**

For the reasons stated above, the Court schedules a status conference for June 3, 2013 at 9:30 a.m.

IT IS SO ORDERED.

DATE: May 24, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE