IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW B. KATAKIS,<br><br>    Defendant. | Case No. 2:11-CR-511-EFB<br><br>**[**~~PROPOSED~~**] ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT KATAKIS'S MOTION TO COMPEL DISCOVERY** |

    On July 26, 2013, defendant Katakis filed a motion to compel nine categories of discovery. Non-party Steve Swanger intervened, asking the Court to resolve a privilege issue related to one of Katakis's requests. Katakis's reply brief also included a new request for the "rough notes" underlying interview reports provided by the government in discovery.

    The Court held a hearing on September 3, 2013. At the hearing, the parties agreed to have Katakis's computer expert review mirror images of certain computer hard drives in the presence of an FBI "clean team" representative to ensure that any confidential privileged materials are not accessed during the review.

    At the hearing, the government stated that it will review the notes underlying the more than 100 final interview reports already produced to defendants. The government agreed to disclose to defendant Katakis by October 3, 2013 any discoverable information in the notes that is not contained in the final interview reports.

With regard to an issue of attorney-client privilege, it appears that Katakis and Swanger were jointly represented by attorney Patrick K. Hanly beginning on November 1, 2010 and ending on May 10, 2011, and Swanger waived the privilege during that period of joint representation.

ACCORDINGLY, IT IS HEREBY ORDERED:

1. Swanger cannot assert privilege against Katakis for communications with attorney Hanly during the period of joint representation from November 1, 2010 to May 10, 2011. For the period before November 1, 2010 and after May 10, 2011, Swanger did not waive his privilege for attorney communications, and Katakis' motion in that regard is denied.

2. To the extent that Katakis intends to assert that interview notes are discoverable statements under the Jencks Act, 18 U.S.C. 3500, Katakis may file a new motion to compel with briefing on that issue following the further government disclosures due October 3, 2013.

3. The motion of defendant Katakis is otherwise DENIED.

Dated: September 9, 2013

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE