William C. Hahesy, #105743
LAW OFFICES OF WILLIAM C. HAHESY
225 West Shaw Avenue, Suite 105
Fresno, CA 93704
Telephone (559) 579-1230
Facsimile (559) 579-1231
Email: bill@hahesylaw.com

Stephen J. Burns, #105312
LAW OFFICES OF STEPHEN J. BURNS
400 Capitol Mall, Suite 1610
Sacramento, CA 95814
Telephone: (916) 447-5323
Facsimile: (916) 447-5319
Email: steve@sjburnslaw.com

Attorney for Non-Party, Steven Swanger

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>WILEY C. CHANDLER,<br>ANDREW B. KATAKIS,<br>DONALD M. PARKER,<br>ANTHONY B. JOACHIM, and<br>W. THEODORE LONGLEY,<br><br>    Defendants. | Case No. 2:11-cr-00511-WBS<br><br>**[PROPOSED] ORDER REGARDING DEFENDANTS ANDREW B. KATAKIS AND DONALD PARKER'S MOTION FOR AUTHORIZATION OF *SUBPOENA DUCES TECUM*** <br><br>Date:          December 12, 2013<br>Time:         2:00 p.m.<br>Courtroom:  24 (8th Floor)<br><br>Judge: Hon. Carolyn K. Delaney |

The Court having reviewed the joint motion by Defendants Andrew B. Katakis and Donald Parker for authorization of *subpoena duces tecum*, considering the conditional non-opposition by Non-Party Steven Swanger, and having considered further argument of counsel:

IT IS HEREBY ORDERED:

1.   That *subpoenas duces tecum* may be issued to Yahoo! Inc. and MSN;

2.   That the subpoenas will seek the production of emails sent between Andrew Katakis, Steven Swanger and Kenneth Swanger only;

G:\DOCS\CKD\Danielle\signed - ckd\Chandler - Discovery Stip.doc                                        1

[PROPOSED] ORDER REGARDING DEFENDANTS ANDREW B. KATAKIS AND DONALD PARKER'S
MOTION FOR AUTHORIZATION OF *SUBPOENA DUCES TECUM*

3. That the subpoenas will state that the emails to be produced will be limited to those dated between September 1, 2008 and October 1, 2009; and

4. That the emails to be produced and made available to counsel for Defendants Andrew B. Katakis and Donald Parker will be further limited to only those emails which relate to bidding on foreclosure property at public auctions in San Joaquin County and at private auctions.

IT IS FURTHER ORDERED that the subpoenas shall be made returnable to the prosecution at its address in San Francisco, California in sealed envelopes, that after receipt of the envelopes a Special Agent or other representative of the Federal Bureau of Investigation who is not part of the investigative team, will review the production to insure that the items to be produced are only the items referenced above. After that review is completed, the agent or other representative shall cause the records that are consistent with the *subpoenas duces tecum* to be provided to counsel for Defendants Andrew B. Katakis and Donald Parker;

~~IT IS ALTERNATIVELY ORDERED that the Court appoints Mr. Charles J. Stevens of Gibson, Dunn & Crutcher to serve as a special master for purposes of reviewing the documents subpoenaed from Yahoo! Inc. and MSN to insure that the documents to be produced to the Defendants are limited to those set forth above in this Order. The charges for Mr. Stevens' services will be paid by the subpoenaing parties at the hourly rates for Mr. Stevens and/or other counsel within his firm. After his review is completed, Mr. Stevens shall cause the records that are consistent with the *subpoenas duces tecum* to be provided to counsel for Defendants Andrew B. Katakis and Donald Parker~~

Dated: December 6, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

G:\DOCS\CKD\Danielle\signed - ckd\Chandler - Discovery Stip.doc    2

[PROPOSED] ORDER REGARDING DEFENDANTS ANDREW B. KATAKIS AND DONALD PARKER'S MOTION FOR AUTHORIZATION OF *SUBPOENA DUCES TECUM*