UNITED STATES OF AMERICA,                    CASE NO. CR S-11-511-04 WBS

    Plaintiff,

vs                                                                         Schedule for Disclosure of Pre-Sentence Report and
                                                                             for Filing of Objections to the

ANTHONY B. JOACHIM,                          Pre-Sentence Report

    Defendant.
_____

The Probation Officer and all parties shall adhere to this schedule
unless it is later modified by this Court.

| | |
|---|---|
| Date of Referral to Probation Officer: | <u>    12-30-2013    </u><br>(Date of Plea or Verdict) |
| **Judgment and Sentencing Date:** | <u>**04-14-2014 at 9:30 a.m.**</u><br>(At least **11 weeks** after plea) |
| Reply or Statement | <u>    04-07-2014    </u><br>(1 week before sentencing) |
| Motion for Correction of the Pre-Sentence Report -Shall be Filed with the Court and Served on the Probation Officer and Opposing Counsel no Later Than: | <u>    03-31-2014    </u><br>(2 weeks before sentencing) |
| The Pre-Sentence Report Shall be Filed with the Court and Disclosed to Counsel no Later Than: | <u>    03-24-2014    </u><br>(3 weeks before sentencing) |
| Counsel's Written Objections to the Pre-Sentence Report Shall be Delivered to the Probation Officer and Opposing Counsel no Later Than: | <u>    03-17-2014    </u><br>(4 weeks before sentencing) |
| The Proposed Pre-Sentence Report Shall be Disclosed to Counsel no Later Than: | <u>    03-03-2014    </u><br>(6 weeks before sentencing) |

COPIES OF THIS SCHEDULE SENT VIA CM/ECF TO:

(x)    AUSA
(x)    Defense Counsel
(x)    USPO

Dated:   <u>  December 30, 2013  </u>                         By: <u>/s/ Karen Kirksey Smith    </u>
                                                                                                      Courtroom Deputy