UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FILED
MAR 06 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br><br>VS<br><br>ANDREW KATAKIS,<br>DONALD L. PARKER,<br>W. THEODORE LONGLEY. | CASE #: CR 11-511 WBS<br><br>NOTE FROM THE JURY ( # _1_ )<br><br>Date: 03-06-14<br><br>Time: 10:00am |
|---|---|

____ THE JURY HAS REACHED A UNANIMOUS VERDICT

__X__ THE JURY REQUESTS THE FOLLOWING:

Can we review a printed transcript of Don Parker's complete testimony?

Dated 3-6-14          Foreperson [signature]