**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

FILED

MAR 06 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| UNITED STATES OF AMERICA<br><br>VS<br><br>ANDREW KATAKIS,<br>DONALD L. PARKER,<br>W. THEODORE LONGLEY. | CASE #: CR 11-511 WBS<br><br>NOTE FROM THE JURY ( # 2 )<br><br>Date: 3-6-2014<br><br>Time: 10:25 a.m. |
|---|---|

_____ THE JURY HAS REACHED A UNANIMOUS VERDICT

__X__ THE JURY REQUESTS THE FOLLOWING:

Answer to question on Instruction 15: Lines 25-27 on page 2 of Instruction 15 say "... you must find that he knowingly became a member of the conspiracy to eliminate, reduce, or interfere with competition."

Does this mean that the defendants' _motive_ was to eliminate... competition; or, does it mean that the defendant simply knowingly became part of the conspiracy?

Dated 3-6-2014          Foreperson _____