UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA



FILED
MAR 07 2014
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| UNITED STATES OF AMERICA | CASE #: CR 11-511 WBS |
|---|---|
| VS | NOTE FROM THE JURY ( # 3 ) |
| ANDREW KATAKIS, DONALD L. PARKER, W. THEODORE LONGLEY. | Date: 03-07-2014 |
| | Time: 3:20pm |

_____ THE JURY HAS REACHED A UNANIMOUS VERDICT

__X__ THE JURY REQUESTS THE FOLLOWING:

Jury members request to listen to the audio tape evidence of Ted Longley.

Dated 3-7-14           Foreperson [signature]