UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FILED**

MAR 10 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

| UNITED STATES OF AMERICA | CASE #: CR 11-511 WBS |
|---|---|
| VS | NOTE FROM THE JURY (# 4 ) |
| ANDREW KATAKIS, DONALD L. PARKER, W. THEODORE LONGLEY. | Date: 3-10-14 |
|  | Time: 4:10pm |

_____ THE JURY HAS REACHED A UNANIMOUS VERDICT

__X__ THE JURY REQUESTS THE FOLLOWING:

The jury requests clarification to instruction #19. For the First part of the explanation as to when mail fraud occurs; does the word scheme refer to a specific mail fraud scheme, or does it refer to the conspiracy charged in Count #1?

Dated 3-10-14                    Foreperson [signature]