UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA


FILED
MAR 11 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| UNITED STATES OF AMERICA<br><br>VS<br><br>ANDREW KATAKIS,<br>DONALD L. PARKER,<br>W. THEODORE LONGLEY. | CASE #: CR 11-511 WBS<br><br>NOTE FROM THE JURY (# 5 )<br><br>Date: 3-11-14<br><br>Time: 11:30 pm |
|---|---|

_____ THE JURY HAS REACHED A UNANIMOUS VERDICT

__X__ THE JURY REQUESTS THE FOLLOWING:

The jurors request instructions on how to proceed, as we have been deadlocked on one of the counts for one full day.

Dated 3-11-14            Foreperson [signature]