UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FILED MAR 11 2014** CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY DEPUTY CLERK

| UNITED STATES OF AMERICA<br><br>VS<br><br>ANDREW KATAKIS,<br>DONALD L. PARKER,<br>W. THEODORE LONGLEY. | CASE #: CR 11-511 WBS<br><br>NOTE FROM THE JURY (# 6 )<br><br>Date: 3-11-14<br>Time: 2:05 pm |
|---|---|

__X__ THE JURY HAS REACHED A UNANIMOUS VERDICT

_____ THE JURY REQUESTS THE FOLLOWING:

Hung on Count #2, 2 defendants

Dated 3-11-14            Foreperson [signature]