HIGGS FLETCHER & MACK LLP
PAUL J. PFINGST - #112967
pfingst@higgslaw.com
401 West A Street, Suite 2600
San Diego, CA  92101-7913
Telephone:     619 236 1551
Facsimile:      619 696 1410

KEKER & VAN NEST LLP
ELLIOT R. PETERS - # 158708
epeters@kvn.com
STEVEN A. HIRSCH - # 171825
shirsch@kvn.com
JENNIFER A. HUBER - # 250143
jhuber@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:      415 397 7188

Attorneys for Defendant
ANDREW B. KATAKIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-CR-0511 (WBS) |
| Plaintiff, | **DECLARATION OF STEVEN A. HIRSCH IN SUPPORT OF REPLY IN SUPPORT OF ANDREW B. KATAKIS'S MOTION FOR JUDGMENT OF ACQUITTAL ON COUNT THREE OF THE SUPERSEDING INDICTMENT PURSUANT TO FED. R. CRIM. P. 29** |
| v. | |
| ANDREW B. KATAKIS, DONALD M. PARKER, ANTHONY B. JOACHIM, and W. THEODORE LONGLEY, | |
| Defendants. | Date:           May 5, 2014<br>Time:          10:00 a.m.<br>Courtroom:   5 |
| | Date Case Filed:     December 7, 2011 |

DECL. OF STEVEN A. HIRSCH ISO REPLY ISO KATAKIS'S MTN FOR JUDGMENT OF ACQUITTAL
ON COUNT THREE OF THE SUPERSEDING INDICTMENT PURSUANT
TO FED. R. CRIM. P. 29
Case No. 2:11-CR-0511 (WBS)

817191.01

I, Steven A. Hirsch, state:

1. I am an attorney at law duly admitted to practice law in the States of California, Connecticut, and New York, and the District of Columbia, and am a partner with the law firm of Keker & Van Nest, LLP, located at 633 Battery Street, San Francisco, CA 94111, counsel for Defendant Andrew Katakis, in the above-captioned action.

2. I have personal knowledge of the facts stated in this declaration and, if called upon to do so, could and would competently testify under oath thereto.

3. Attached as **Exhibit A** is a true and correct copy of a document titled, "How do I manage and reduce Exchange mailbox sizes?" available at http://accc.uic.edu/answer/how-do-i-manage-and-reduce-exchange-mailbox-sizes.

4. Attached as **Exhibit B** is a true and correct copy of excerpts from the Reporter's Transcript, dated February 27-28, 2014.

5. Attached as **Exhibit C** is a true and correct copy of excerpts from the Reporter's Transcript, dated February 20, 2014.

6. Attached as **Exhibit D** is a true and correct copy of excerpts from the Reporter's Transcript, dated February 19, 2014.

7. Attached as **Exhibit E** is a true and correct copy of a document titled, "Lear IT" available at http://blog.unmc.edu/learnit/2012/06/05/sort-by-date-deleted-in-outlook-trash-folder/.

8. Attached as **Exhibit F** is a true and correct copy of the expert report of Don Vilfer, dated February 7, 2014.

1

DECL. OF STEVEN A. HIRSCH ISO REPLY ISO KATAKIS'S MTN FOR JUDGMENT OF ACQUITTAL ON COUNT THREE OF THE SUPERSEDING INDICTMENT PURSUANT TO FED. R. CRIM. P. 29
Case No. 2:11-CR-0511 (WBS)

817191.01

1
2
3   I declare under penalty of perjury under the laws of the United States that the foregoing is
4   true and correct and that this declaration was executed in San Francisco, California, on April 24,
5   2014.
6
7
                                            */s/ Steven A. Hirsch*
8                                            STEVEN A. HIRSCH

2
DECL. OF STEVEN A. HIRSCH ISO REPLY ISO KATAKIS'S MTN FOR JUDGMENT OF ACQUITTAL
ON COUNT THREE OF THE SUPERSEDING INDICTMENT PURSUANT
TO FED. R. CRIM. P. 29
Case No. 2:11-CR-0511 (WBS)

817191.01