# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

---oOo---

BEFORE THE HONORABLE WILLIAM B. SHUBB, JUDGE

---oOo---

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                         No. CR. S-11-511

ANDREW B. KATAKIS, DONALD L. PARKER, W. THEODORE LONGLEY,

    Defendants.

_____/

---oOo---

REPORTER'S TRANSCRIPT

JURY TRIAL - VOLUME 15

THURSDAY, FEBRUARY 27-28, 2014

---oOo---

Reported by:        KIMBERLY M. BENNETT, CSR #8953

RPR, CRR, RMR

KIMBERLY M. BENNETT, OFFICIAL COURT REPORTER, USDC -- (916) 442-8420

1   A.      No.

2   Q.      Or any double-deleted e-mails that you found in Steve

3   Swanger's Dell computer, did you?

4   A.      No.

5   Q.      Because you didn't look, did you?

6   A.      No, I did look.  Mr. Swanger had over 12,000

7   double-deleted e-mails, I believe it was.

8   Q.      And that's not in your report?

9   A.      No.

10  Q.      You didn't think it was important or relevant?

11  A.      It was not something that I included in the report,

12  no.

13  Q.      Now, you were present in court last week when Special

14  Agent Medlin testified?

15  A.      For part of his testimony.  And then I reviewed the

16  transcript from his first day.

17  Q.      Did you review his testimony about ten e-mails that he

18  discussed, ten particular e-mails?

19  A.      Yes.

20  Q.      I'm going to show you one of those e-mails.

21          Can we put up Exhibit 157, please.

22          Did your firm find any trace of this e-mail on the GD

23  mail server?

24  A.      No.

25  Q.      Did your firm investigate whether this particular

1             SACRAMENTO, CALIFORNIA

2        THURSDAY, FEBRUARY 27, 2014, 1:00 p.m.

3                    ---oOo---

4        THE COURT:  Everyone is present.

5        Mr. Pfingst, you may resume your cross-examination.

6    Q.   BY MR. PFINGST:  Sir, just to get back to some

7    principles about the e-mail system --

8    A.   Yes, sir.

9    Q.   -- is it correct that a computer containing Microsoft

10   Outlook, with an Enterprise [sic] Database on the computer,

11   that if someone purchases a Drivescrubber program, and runs

12   the Drivescrubber program on their computer, that

13   Drivescrubber program will not erase e-mails inside the

14   electronic -- inside the Enterprise Database?

15   A.   When Drivescrubber is used to wipe the free space, in

16   the free space mode of the program, that is correct.

17   Q.   Is it correct that the Drivescrubber cannot be put

18   into the Enterprise Database to erase e-mails?

19   A.   That is correct.

20   Q.   Is it correct that when one double-deletes an e-mail

21   inside the Enterprise Database, it does not automatically go

22   into free space?

23   A.   That is correct.

24   Q.   Now, you have hypothesized, or you have suggested,

25   that there is a cleanup process that might allow some data

1  from the Enterprise Database to leave the Enterprise Database
2  and enter free space; is that right?
3  A.    That is correct.  I did present a scenario.
4  Q.    What is that cleanup process called?
5  A.    There are two steps to the process.  The first is to
6  execute a command, and I don't recall the name of that
7  command, it's not something --
8  Q.    Is it the ESE utility?
9  A.    Yes, sir.  That is it.
10 Q.    Okay.  The ESE utility has either a command, which
11 means you order it to do something, you type in and command
12 it to do something, or there is a default, correct?
13 A.    I believe that is correct, yes, sir.
14 Q.    And if there is a default, that is, without a command,
15 periodically, the ESE utility will go in and clean up the
16 database?
17 A.    Yes, sir.
18 Q.    Is that right?
19 A.    Yes, sir.
20 Q.    Was there a default on this database, in the
21 Enterprise Database, in any of the servers or computers at
22 CEMG or Global?
23 A.    I did not look for that.
24 Q.    Did you see whether a command was made on the
25 database?

1    A.    I did not.
2    Q.    So, is there any evidence, that you're aware of, that
3    either -- that a command was made to use or employ the ESE
4    utility to do some type of cleanup inside the Enterprise
5    Database?
6    A.    No, sir.
7    Q.    No evidence of that at all in this case, correct?
8    A.    I did not look for it or find any evidence of that.
9    Q.    Let's talk about what the ESE utility does.
10         Is it correct that it basically -- it defrags the
11   database inside the Enterprise Database?
12   A.    That's one way to word it, yes, sir.
13   Q.    What does -- we all -- many of us have defragged our
14   computers on our home computers, correct?
15   A.    Yes.
16   Q.    Is it correct, what happens when you defrag is the
17   utility is designed to remove unused space that accumulates
18   inside the database?
19   A.    Precisely.
20   Q.    And what it does is it takes the data that's already
21   there and compresses it so it's more efficiently accessed,
22   correct?
23   A.    Correct.
24   Q.    And the unused space is then taken out of the
25   database; is that correct?

1  record events, so if you need to troubleshoot what happened,
2  who did what, you can go back and look at the log and see,
3  you know, when the system crashed, what happened, what was
4  going on.
5  Q.    If someone overwrites a log pertaining to an e-mail
6  that's in the Exchange Database, does that make the e-mail
7  disappear?
8  A.    No, it doesn't affect the database.  A log is usually
9  just a text file, that is an ongoing text file, that
10 eventually -- it overwrites itself after a specified size or
11 period of time.
12 Q.    So, there is no relationship between writing over a
13 log and writing over an e-mail; is that correct?
14 A.    None at all.
15       MR. PFINGST:  Nothing further.
16       THE COURT:  A log doesn't contain the contents of the
17 e-mail?
18       THE WITNESS:  That's correct, Your Honor.
19       MR. PFINGST:  Nothing further.
20       THE COURT:  All right.  Any cross-examination?
21       MS. PLETCHER:  Yes, Your Honor.
22                       CROSS-EXAMINATION
23 BY MS. PLETCHER:
24 Q.    Mr. Vilfer, do you know how to fabricate metadata?
25 A.    I'm familiar with some of the techniques that people

1  use to do that.  And, yes, I could probably do it if I wanted
2  to.
3  Q.     How?  Just tell the jury how you would fabricate
4  metadata.
5  A.     A simple method would be to go into the Outlook
6  program itself and to export an e-mail, edit the metadata in
7  another editor, such as a hex editor, and then bring that
8  e-mail back into Outlook.
9  Q.     What's a hex editor?
10 A.     It's a simple program that let's you look at -- rather
11 than the interpretation of the file, or the code of the file,
12 such as the e-mail, it let's you look at the actual bits and
13 bytes.  So, it presents the data to you in a hexadecimal
14 format, alongside a textual interpretation of the hex.
15        So, the hex is -- you know, we mentioned before that
16 the drive is ones and zeros of data.  And those ones and
17 zeros are then translated into additional information that
18 becomes the hex on the drive or among the code.
19        And a hex editor shows you that actual hex information
20 next to the code -- the interpretation.  So, while a hex
21 section may look like, you know, FFDDAC asterisk, whatever,
22 then on the right side of that interpretation would be the
23 actual text, such as the date sent.  And then using a hex
24 editor, you could open the e-mail in a hex editor, change the
25 date sent and re-save it.

1  Q.      How did you learn how to interpret data coming out of
2  a hex editor?
3  A.      There is -- often I encounter people and techniques
4  that are used to try to thwart our efforts, or
5  anti-forensics, basically.  And so, you know, there are other
6  methods, and we just learn them over time.
7  Q.      In the course of your training in the computer
8  forensic field, this is something that you have learned?
9  A.      Training and experience.  And I had a case about two
10 years ago where I testified before the International Trade
11 Commission on the very topic, involving the theft of trade
12 secrets, where somebody had used a hex editor to then kind of
13 have a side-by-side bit of code, and then translate that
14 code, or retype it on yet another device to steal the code,
15 basically.
16 Q.      Is this something that's taught in high school
17 classes, your ordinary high school?
18 A.      It may be nowadays.  I know that where my sons went to
19 high school, they -- they offer a class in computer
20 forensics.
21 Q.      So, that's -- in the modern day, this is something
22 that you -- maybe it's now in high schools, but --
23 A.      And there is also Google.  You can Google the
24 techniques and find the way to do it.
25 Q.      Have you ever tried to fabricate metadata using this

1  hex editor?

2  A.      I know that I've conducted experiments using Outlook,

3  seeing -- you know, to get to the simplest form I could of

4  how to do it, yes.

5  Q.      How much training do you think it would take for

6  someone to effectively fabricate metadata, given what you've

7  told us about the steps it would take to do that?

8  A.      I think that if you Google it, or you access a YouTube

9  video, which is sometimes my go-to source for a number of

10 things around the house that you don't know how to do, you

11 could follow the steps, a few simple steps, and do it.

12 Q.      So, really, anybody, you're saying, could fabricate

13 metadata?

14 A.      Yes, I believe so.

15 Q.      Anyone could understand how to interpret the data from

16 the hex editor?

17 A.      Most people, yes.

18 Q.      Easy thing to do?

19 A.      Especially with the tools, with the hex editors, it

20 does all the work for you of translating the hex.  You don't

21 need to be able to read hex.  I can't read hex.  But, you

22 know, we have tools that interpret it into text or code, yes.

23 Q.      So, all of this training and experience that you've

24 used to identify -- or to learn how to fabricate metadata,

25 you didn't really need that?

1                        REPORTER'S CERTIFICATE

3                              ---oOo---

4   STATE OF CALIFORNIA    )
    COUNTY OF SACRAMENTO   )

6        I, KIMBERLY M. BENNETT, certify that I was the Official

7   Court Reporter, and that I reported verbatim in shorthand

8   writing the foregoing proceedings; that I thereafter caused

9   my shorthand writing to be reduced to typewriting, and the

10  foregoing pages constitute a complete, true, and correct

11  record of said proceedings:

12          COURT:    U.S. District Court
                     Eastern District of California

14          JUDGE:    Honorable WILLIAM B. SHUBB, Judge

15          CASE:     UNITED STATES OF AMERICA vs. ANDREW B.
                     KATAKIS, DONALD L. PARKER, W. THEODORE
                     LONGLEY

16          DATE:     FEBRUARY 27-28, 2014

17       IN WITNESS WHEREOF, I have subscribed this certificate at
18  Sacramento, California.

19                              /s/ Kimberly M. Bennett
                                KIMBERLY M. BENNETT
20                              CSR No. 8953, RPR, CRR, RMR

KIMBERLY M. BENNETT, OFFICIAL COURT REPORTER, USDC -- (916) 442-8420