1  LAW OFFICES OF SCOTT L. TEDMON
   A Professional Corporation
2  SCOTT L. TEDMON, CA. BAR # 96171
   980 Ninth Street, 16th Floor
3  Sacramento, California 95814
   Telephone: (916) 449-9985
4  Facsimile: (916) 446-7104
   Email: tedmonlaw@comcast.net
5
   Attorney for Defendant
6  DONALD M. PARKER

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,           )
   |                                     )   Case No. 2:11-CR-0511-WBS
12 |            Plaintiff,               )
   |                                     )   **DEFENDANT DONALD PARKER'S
13 |                                     )   JOINDER IN DEFENDANT KATAKIS'
   |      v.                             )   OPPOSITION TO GOVERNMENT'S
14 |                                     )   MOTION TO LIFT STAY**
   |                                     )
15 |                                     )   Date:  July 21, 2014
   | ANDREW B. KATAKIS, et al.,          )   Time:  9:30 a.m.
16 |                                     )   Judge: William B. Shubb
   |            Defendants.              )
17 | _____ )

18     Defendant Donald M. Parker hereby joins in defendant Andrew B. Katakis' opposition to the

19 government's motion to lift the stay ordered by the Court on June 10, 2014.

20

21 DATED: July 1, 2014                    Respectfully submitted,
                                          LAW OFFICES OF SCOTT L. TEDMON
22
                                           /s/ Scott L. Tedmon
23                                        SCOTT L. TEDMON
                                          Attorney for Defendant Donald M. Parker
24

25

26

27

28

- 1 -